# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2626__ & TITLE - IN RE: __Disposable Contact Lens Antitrust Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

ALCON VISION, LLC v. LENS.COM, INC., 1:18-cv-00407-NG-RLM (E.D.N.Y.)
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __ALCON VISION, LLC__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

ALCON INC.

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| /s/ Jamie A. Levitt | MORRISON & FOERSTER LLP |
|---|---|
| Signature of Attorney | Name of Firm |
| 250 W. 55th Street | New York, NY 10019 |
| Address | City/State/Zip Code |

Date  5/3/2019

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

INVOLVED COUNSEL LIST (CTO-6)
IN RE DISPOSABLE CONTACT LENS ANTITRUST LITIGATION
DOCKET NO. 2626

   I hereby certify that on this 3rd day of May, 2019, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was sent via electronic mail on all counsel of record in the action-at-issue for Lens.com, Inc. as listed below:

William J. Natbony
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Email: bill.natbony@cwt.com

Mark Bettilyon
Peter M. de Jonge
Catherine M. Maness
Thorpe North & Western, LLP
175 S. Main St., Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633
Facsimile: (801) 566-0750
Email: mark.bettilyon@tnw.com
   dejonge@tnw.com
   catherine.maness@tnw.com

Novartis AG is currently a non-represented party.  A copy of the Corporate Disclosure Statement will be served on Novartis AG at the below address pursuant to Article 5 of the Hague Convention:

Novartis AG
Lichtstrasse 35
4056 Basel, Switzerland

            /s/ Jamie A. Levitt
            Jamie A. Levitt
            MORRISON & FOERSTER LLP
            250 West 55th Street
            New York, New York 10019
            Telephone: (212) 468-8000
            Facsimile: (212) 468-7900
            Email: JLevitt@mofo.com

            Counsel for Alcon Vision, LLC

ny-1638412